# Exhibit A

**AERONAUT**  Ronn Friedlander <ronn@aeronaut.net>

## Username Changed on Instagram

**'Instagram' via Cans** <cans@aeronaut.net>  Thu, Dec 19, 2019 at 11:29 AM
Reply-To: Instagram <security@mail.instagram.com>
To: cans@aeronaut.net



The username for your Instagram account was changed from  aeronautcans  at 08:29 (PDT) on Thursday, December 19 2019.

Your new username is  fab_cans . If you didn't change your username, you can  secure your account here .

from
**FACEBOOK**

© Instagram. Facebook Inc.,  1601 Willow Road, Menlo Park, CA 94025

This message was sent to cans@aeronaut.net and intended for fab_cans. Not your account? Remove your email from this account.

**AER⊖NAUT**                                                                    Ronn Friedlander <ronn@aeronaut.net>

## Email Changed on Instagram
1 message

**'Instagram' via Cans** <cans@aeronaut.net>                                    Thu, Dec 19, 2019 at 11:29 AM
Reply-To: Instagram <security@mail.instagram.com>
To: cans@aeronaut.net



Hi fab_cans,

The email on your Instagram account was changed from cans@aeronaut.net at 08:29 (PDT) on Thursday, December 19 2019.

Your new email is cans@fab.beer. If you didn't change your email address, you can secure your account here.

from
**FACEBOOK**

© Instagram. Facebook Inc., 1601 Willow Road, Menlo Park, CA 94025
This message was sent to cans@aeronaut.net and intended for fab_cans.

**AERONAUT**  Ronn Friedlander <ronn@aeronaut.net>

**Your Instagram password has been changed**
2 messages

**'Instagram' via Cans** <cans@aeronaut.net>  Thu, Dec 19, 2019 at 11:37 AM
Reply-To: Instagram <no-reply@mail.instagram.com>
To: cans@aeronaut.net

 **Instagram**

This is a confirmation that the password for your Instagram account fab_cans has just been changed.

If you didn't change your password, you can *secure your account here*.

If you're having trouble, please refer to the *Instagram Help Center*.

from
**FACEBOOK**

© Instagram. Facebook Inc., *1601 Willow Road, Menlo Park, CA 94025*
This message was sent to *cans@aeronaut.net* and intended for fab_cans. Not your account? *Remove your email* from this account.

**'Instagram' via Cans** <cans@aeronaut.net>  Thu, Dec 19, 2019 at 11:41 AM
Reply-To: Instagram <no-reply@mail.instagram.com>
To: cans@aeronaut.net

 **Instagram**

This is a confirmation that the password for your Instagram account fab_cans has just been changed.

If you didn't change your password, you can *secure your account here*.

If you're having trouble, please refer to the *Instagram Help Center*.

from

**FACEBOOK**

© Instagram. Facebook Inc., 1601 Willow Road, Menlo Park, CA 94025

This message was sent to cans@aeronaut.net and intended for fab_cans. Not your account? Remove your email from this account.