# Exhibit B




**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

**ID Number: 001329665**   Request certificate   New search

**Summary for:** FERMENTATION ARTS BRASSERIE LLC

| | |
|---|---|
| **The exact name of the Domestic Limited Liability Company (LLC):** | FERMENTATION ARTS BRASSERIE LLC |
| **The name was changed from:** FUTURE ARTS BRASSERIE LLC **on** 07-09-2018 **The name was changed from:** FLIGHT LLC **on** 06-22-2018 | |
| **Entity type:** Domestic Limited Liability Company (LLC) | |
| **Identification Number:** 001329665 | |
| **Date of Organization in Massachusetts:** 05-28-2018 | |
| **Last date certain:** | |
| **The location or address where the records are maintained** (A PO box is not a valid location or address): | |
| Address: 25 SPENCER AVE. | |
| City or town, State, Zip code, Country:   BOSTON, MA 02144 USA | |
| **The name and address of the Resident Agent:** | |
| Name:   BENJAMIN HOLMES | |
| Address: 25 SPENCER AVE | |
| City or town, State, Zip code, Country:   SOMERVILLE, MA 02144 USA | |

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | CHRISTINE PLATZEK | 1 BROADWAY ARLINGTON, MA 02474 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | WALTER WOODMAN BRUNO | 1 BROADWAY ARLINGTON, MA 02474 USA |
| SOC SIGNATORY | BENJAMIN HOLMES | 25 SPENCER AVE. BOSTON, MA 02144 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | BENJAMIN HOLMES | 25 SPENCER AVE. BOSTON, MA 02144 USA |

☐ **Consent**   ☐ **Confidential Data**   ☐ **Merger Allowed**   ☐ **Manufacturing**

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation
```

**View filings**

**Comments or notes associated with this business entity:**

**New search**



**The Commonwealth of Massachusetts**
**William Francis Galvin**

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $500.00

## Certificate of Organization
(General Laws, Chapter )

**Identification Number:** 001329665

**1. The exact name of the limited liability company is:** FLIGHT LLC

**2a. Location of its principal office:**
No. and Street: 25 SPENCER AVE.
City or Town: BOSTON   State: MA   Zip: 02144   Country: USA

**2b. Street address of the office in the Commonwealth at which the records will be maintained:**
No. and Street: 25 SPENCER AVE.
City or Town: BOSTON   State: MA   Zip: 02144   Country: USA

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
ENTREPRENEURSHIP CONSULTING

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name: BENJAMIN HOLMES
No. and Street: 25 SPENCER AVE
City or Town: SOMERVILLE   State: MA   Zip: 02144   Country: USA

**I, BENJAMIN HOLMES** resident agent of the above limited liability company, consent to my appointment as the resident agent of the above limited liability company pursuant to G. L. Chapter 156C Section 12.

**6. The name and business address of each manager, if any:**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| | | |

**7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| SOC SIGNATORY | BENJAMIN HOLMES | 25 SPENCER AVE. BOSTON, MA 02144 USA |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | BENJAMIN HOLMES | 25 SPENCER AVE.<br>BOSTON, MA 02144 USA |

**9. Additional matters:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 28 Day of May, 2018,**
LEGALZOOM.COM, INC., A CALIFORNIA CORPORATION, CHEYENNE MOSELEY, ASSISTANT SECRETARY

*(The certificate must be signed by the person forming the LLC.)*

© 2001 - 2018 Commonwealth of Massachusetts
All Rights Reserved

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

May 28, 2018 09:25 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $100.00

**Special Filing Instructions**

## Certificate of Amendment
(General Laws, Chapter )

**Identification Number:** 001329665

**The date of filing of the original certificate of organization:** 5/28/2018

**1.a. Exact name of the limited liability company:** FLIGHT LLC

**1.b. The exact name of the limited liability company** *as amended*, **is:** FUTURE ARTS BRASSERIE LLC

**2a. Location of its principal office:**
No. and Street: 25 SPENCER AVE.
City or Town: BOSTON  State: MA  Zip: 02144  Country: USA

**3.** *As amended,* the general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:
ARTISANAL COMMUNITY SPACE & CONSULTANCY

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name: BENJAMIN HOLMES
No. and Street: 25 SPENCER AVE
City or Town: SOMERVILLE  State: MA  Zip: 02144  Country: USA

**6. The name and business address of each manager, if any:**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| MANAGER | CHRISTINE PLATZEK | 1 BROADWAY ARLINGTON, MA 02474 USA |

**7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| SOC SIGNATORY | WALTER WOODMAN BRUNO | 1 BROADWAY ARLINGTON, MA 02474 USA |
| SOC SIGNATORY | BENJAMIN HOLMES | 25 SPENCER AVE. BOSTON, MA 02144 USA |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | BENJAMIN HOLMES | 25 SPENCER AVE.<br>BOSTON, MA 02144 USA |

**9. Additional matters:**

**10. State the amendments to the certificate:**
LINE 1: FLIGHT LLC IS CHANGED TO FUTURE ARTS BRASSERIE LLC LINE 2: NO CHANGE. RECORDS WILL BE MAINTAINED AT THAT ADDRESS (25 SPENCER AVE, SOMERVILLE MA 02144 USA) LINE 3: SERVICE OFFERINGS CHANGED TO "ARTISANAL COMMUNITY SPACE & CONSULTANCY" LINE 6: ADDED CHRISTINE PLATZEK AS MANAGER WITH ADDRESS 1 BROADWAY, ARLINGTON MA 02474 LINE 7: ADDED WALTER BRUNO AS AUTHORIZED TO EXECUTE DOCUMENTS WITH ADDRESS 1 BROADWAY, ARLINGTON MA 02474

**11. The amendment certificate shall be effective when filed unless a later effective date is specified:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 22 Day of June, 2018,**
BENJAMIN HOLMES **, Signature of Authorized Signatory.**

© 2001 - 2018 Commonwealth of Massachusetts
All Rights Reserved

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

June 22, 2018 09:25 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*



### The Commonwealth of Massachusetts
### William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $100.00

## Certificate of Amendment
(General Laws, Chapter )

**Identification Number:** 001329665

**The date of filing of the original certificate of organization:** 5/28/2018

**1.a. Exact name of the limited liability company:** FUTURE ARTS BRASSERIE LLC

**1.b. The exact name of the limited liability company** *as amended*, **is:** FERMENTATION ARTS BRASSERIE LLC

**2a. Location of its principal office:**
No. and Street: 25 SPENCER AVE.
City or Town: SOMERVILLE   State: MA   Zip: 02144   Country: USA

**3.** *As amended,* the general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name: BENJAMIN HOLMES
No. and Street: 25 SPENCER AVE
City or Town: SOMERVILLE   State: MA   Zip: 02144   Country: USA

**6. The name and business address of each manager, if any:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | CHRISTINE PLATZEK | 1 BROADWAY<br>ARLINGTON, MA 02474 USA |

**7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| SOC SIGNATORY | WALTER WOODMAN BRUNO | 1 BROADWAY<br>ARLINGTON, MA 02474 USA |
| SOC SIGNATORY | BENJAMIN HOLMES | 25 SPENCER AVE.<br>BOSTON, MA 02144 USA |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | BENJAMIN HOLMES | 25 SPENCER AVE.<br>BOSTON, MA 02144 USA |

**9. Additional matters:**

**10. State the amendments to the certificate:**
LINE 1: CHANGED NAME TO "FERMENTATION ARTS BRASSERIE" LINE 2: CORRECTED CITY TO "SOMERVILLE"

**11. The amendment certificate shall be effective when filed unless a later effective date is specified:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 9 Day of July, 2018,**
BENJAMIN HOLMES **, Signature of Authorized Signatory.**

© 2001 - 2018 Commonwealth of Massachusetts
All Rights Reserved

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

July 09, 2018 12:56 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*