# Exhibit D

```
Domain Name: FAB.BEER
Registry Domain ID: D_006812D0_A3D6775056E64EF2936DFD6FE6062D55_00000163A2A3C728-BEER
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com
Updated Date: 2019-04-30T17:05:09Z
Creation Date: 2018-05-27T17:27:12Z
Registry Expiry Date: 2020-05-27T17:27:12Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
```