# Exhibit F

Case 1:20-cv-10072-WGY   Document 4-6   Filed 01/15/20   Page 2 of 7



**AERONAUT**  **JAPAS**  **AERONAUT**  **JAPAS**



**BRAZILIAN-AMERICAN IPA**
India Pale Ale with acerola fruit, toasted rice and Citra hops.

**NAMI MONO** is the debut release in a series of limited-edition can and fine art collaborations, AERONAUT Editions. This series celebrates friendships spanning seas by creating recipes inspired by art and community. Nami Mono, "Wave Things", was created by **AERONAUT**, **JAPAS**, **ADAM O'DAY** and **ANDREW JACOB**. Read our story, find our exhibitions, and own one of fifty single-press lithograph prints at **AERONAUT.NET/EDITIONS.**

Brewed in **SOMERVILLE, MA** by AERONAUT BREWING CO. together with **JAPAS CERVEJARIA**
One pint, 6.5% ALC. BY VOL.

**GOVERNMENT WARNING:** (1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.



684753  719039

---



**BABY DICTATOR PROJECT**
**BALLOON FACTORY**

**BALLOON FACTORY**

**INDIA PALE ALE**
Chico-fermented. West coast style
**BEER SALES FUND BABY BALLOONS**
fab.beer/babydictators

ARTIST'S STATEMENT
"This baby Trump balloon is a very orange Georgia peach. The poor guy didn't seem happy in the city. He is freed from a menacing urban landscape and drifts to a farm I painted in New Hampshire. The word farm has multiple meanings: retiring in peace... or going to jail."
--ADAM O'DAY, Balloon Factory, MA
@ADAM_ODAY

**FAB**
BEER FOR ART'S SAKE
BREWED FOR A BETTER FUTURE
ADAM O'DAY
ANDREW JACOB
JOEY MARS

One pint **CITRA DRY-HOPPED IPA**. 6.1% ALC. BY VOL.
Created by **FERMENTATION ARTS BRASSERIE**
For its **BABY DICTATORS PROJECT**
Partner brewed and packaged in **BOSTON, MA**
by **DORCHESTER BREWING COMPANY**

**GOVERNMENT WARNING:** (1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.




123156  463625








**BRAZILIAN- AMERICAN IPA**
Ale brewed with **ACEROLA FRUIT**
and Citra hops in **SOMERVILLE, MA**
by **AERONAUT BREWING CO.**
together with **JAPAS CERVEJARIA**
One pint, 6.5% ALC. BY VOL.

*I am art. Peel me off.*
*Place me somewhere special!*
AERONAUT.NET/**EDITIONS**

*50 Once-pressed lithograph*
*prints available. Ask for*
*Sharky at (857) 600-BEER*

**GOVERNMENT WARNING:**
(1) According to the Surgeon General,
women should not drink alcoholic
beverages during pregnancy because of
the risk of birth defects. (2) Consumption
of alcoholic beverages impairs your ability
to drive a car or  operate machinery, and
may cause health problems.



**BEER SALES FUND BABY BALLOONS**
Learn more at fab.beer/babydictators

**FAB** — *BEER FOR ART'S SAKE*
*BREWED FOR A BETTER FUTURE*
*BALOONS FOR CHANGE!*

One pint IPA 6.1% ALC. BY VOL.
Created by **FERMENTATION ARTS BRASSERIE**
For its **BABY DICTATORS PROJECT**
Partner brewed and packaged in **BOSTON, MA**
by **DORCHESTER BREWING COMPANY**



**GOVERNMENT WARNING:** (1)
According to the Surgeon General,
women should not drink alcoholic
beverages during pregnancy because
of the risk of birth defects. (2)
Consumption  of alcoholic beverages
impairs your ability to drive a car or
operate machinery, and may cause
health problems.



# AERONAUT



# AERONAUT

## COCOASUTRA
### with Somerville Chocolate

**MILK STOUT**
Sultry & smooth
brewed w/ cacao nibs

In this can is our first single-origin release of Cocoasutra, brought to life in the lithograph artwork 'House of Pod' by **ADAM O'DAY** and **FELIPE ORTIZ**. This unique batch is infused with Colombian cacao nibs, sourced and roasted by Somerville Chocolate, our friend and collaborator based out of the AERONAUT Foods Hub at our brewery in Somerville.

The artwork for 'House of Pod' is rendered in a limited-run series of hand-pressed lithographs as part of AERONAUT Editions. Read our story, find our exhibitions, and own one of twenty-four single-press lithograph prints at **AERONAUT.NET/EDITIONS**.

O'DAY '19    Felipe Ortiz

Brewed in **SOMERVILLE, MA** by **AERONAUT BREWING CO.**
One pint, 7.1% ALC. BY VOL.

**GOVERNMENT WARNING:** (1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.


684753 719015

---







## SQUID PRO QUO

**DOUBLE INDIA PALE ALE**
Chico-fermented. West coast style
**BEER SALES FUND BABY BALLOONS**
fab.beer/babydictators

**ARTIST'S STATEMENT**
"I imagined him floating over a psychedelic sunset, riding tubes in pure bliss. 5 alternate reality surfer Trumps guide the strings harmoniously. Like if he grew up surfing with his dad, going to the beach each weekend."
--**ANDREW JACOBS**, Wellfleet Mass.
@SOULKONTROLLER



**FAB**
BEER FOR ART'S SAKE
BREWED FOR A BETTER FUTURE
ADAM O'DAY
ANDREW JACOB
JOEY MARS

One pint **CITRA DRY-HOPPED 2xIPA** 7.5% ALC. BY VOL.
Created by **FERMENTATION ARTS BRASSERIE**
For its **BABY DICTATORS PROJECT**
Partner brewed and packaged in **BOSTON, MA** by **DORCHESTER BREWING COMPANY**

**GOVERNMENT WARNING:** (1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.


684753 719015








**COCOASUTRA**
WITH Somerville Chocolate

**HOUSE OF POD**
O'DAY '19

*I am art. Peel me off!
place me somewhere special!*
AERONAUT.NET/EDITIONS

MILK STOUT
with Colombian cacao nibs,
roasted by Somerville Chocolate
brewed in **SOMERVILLE, MA**
by **AERONAUT BREWING CO.**
One pint, 7.1% ALC. BY VOL.

GOVERNMENT WARNING:
(1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.



BEER SALES FUND BABY BALLOONS
Learn more at fab.beer/babydictators

**FAB** BREWED FOR A BETTER FUTURE

Created by **FERMENTATION ARTS BRASSERIE**
For its **BABY DICTATORS PROJECT**
Partner brewed and packaged in **BOSTON, MA**
by **DORCHESTER BREWING COMPANY**



**SQUID PRO QUO**

2XIPA
Chico-fermented
West coast-style
One pint, 7.5% ALC. BY VOL.

GOVERNMENT WARNING: (1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.






**AERONAUT** **JA-PAS**

**BRAZILIAN-AMERICAN IPA**
India Pale Ale with acerola fruit, toasted rice and Citra hops.

**NAMI MONO** is the debut release in a series of limited-edition can and fine art collaborations, AERONAUT Editions. This series celebrates friendships spanning seas by creating recipes inspired by art and community. Nami Mono, "Wave Things", was created by **AERONAUT, JAPAS, ADAM O'DAY** and **ANDREW JACOB**. Read our story, find our exhibitions, and own one of fifty single-press lithograph prints at **AERONAUT.NET/EDITIONS.**

Brewed in **SOMERVILLE, MA**
by **AERONAUT BREWING CO.**
together with **JAPAS CERVEJARIA**
One pint, 6.5% ALC. BY VOL.

**GOVERNMENT WARNING:** (1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.


684753  719039

---




**SQUID PRO QUO**

**DOUBLE INDIA PALE ALE**
Chico-fermented. West coast style
**BEER SALES FUND BABY BALLOONS**
fab.beer/babydictators

**ARTIST'S STATEMENT**
"I imagined him floating over a psychedelic sunset, riding tubes in pure bliss. 5 alternate reality surfer Trumps guide the strings harmoniously. Like if he grew up surfing with his dad, going to the beach each weekend."
--**ANDREW JACOBS**, Wellfleet Mass.
@SOULKONTROLLER



**FAB**
BEER FOR ART'S SAKE
BREWED FOR A BETTER FUTURE
ADAM O'DAY
ANDREW JACOB
JOEY MARS

One pint **CITRA DRY-HOPPED 2xIPA** 7.5% ALC. BY VOL.
Created by **FERMENTATION ARTS BRASSERIE**
For its **BABY DICTATORS PROJECT**
Partner brewed and packaged in **BOSTON, MA**
by **DORCHESTER BREWING COMPANY**

**GOVERNMENT WARNING:** (1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.



684753  719015









**BRAZILIAN- AMERICAN IPA**
Ale brewed with **ACEROLA FRUIT** and Citra hops in **SOMERVILLE, MA** by **AERONAUT BREWING CO.** together with **JAPAS CERVEJARIA**
One pint, 6.5% ALC. BY VOL.

*I am art. Peel me off. Place me somewhere special!*
AERONAUT.NET/**EDITIONS**

*50 Once-pressed lithograph prints available. Ask for Sharky at (857) 600-BEER*

**GOVERNMENT WARNING:** (1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.



**BEER SALES FUND BABY BALLOONS**
Learn more at fab.beer/babydictators


**FAB** *BREWED FOR A BETTER FUTURE*

Created by **FERMENTATION ARTS BRASSERIE** For its **BABY DICTATORS PROJECT** Partner brewed and packaged in **BOSTON, MA** by **DORCHESTER BREWING COMPANY**


**2XIPA**
Chico-fermented West coast-style
One pint, 7.5% ALC. BY VOL.

**GOVERNMENT WARNING:** (1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.

