# Exhibit G

## Global Recent Activity

Sort by:  Global  Friends  You

 Howes S. is drinking a Squid Pro Quo by FAB Fermentation Arts at Howe's Station 

Little side project from Aeronaut has produced to IPA's. FAB Balloon Factory and Squid Pro Quo

Purchased at Howe's Station



2 hours ago    View Detailed Check-in

3     



Photo

**howesstationmarket**
Howe's Station Market



                                                                  

4 likes

**howesstationmarket** @aeronautbrewing's FAB beers have arrived! Balloon Factory and Squid Pro Quo are now available in limited quantities at #Howes

1 hour ago

 **howesstationmarket** #love #instagood #tbt #photooftheday #instamood #iphonesia     

       

 Add a comment as aeronautbrewing...

< Back    Check-in Detail    ...



 Tony R.

 **Squid Pro Quo**    ...
FAB Fermentation Arts
IPA - Imperial / Double

This needs work, not sure what they were aiming at? It had a malty citrusy profile on each sip. If it was cleaner then i would have dig it

   3.00

23 hours ago

**TOASTS & COMMENTS**

 thomas b., ~~Kevin S., Gotlooool, P~~at L. and 2

Photo



     

12 likes

**berniersliquors** Come on over this afternoon and let that peerless pitchman Chris Sigman talk with you about the beers in his briefcase! You will get a chance to see, for instance, that Proclamation is adept at whatever style they brew in, and that Finback makes the most delightful dessert IPA's. Kindly come try some delightful beer in sundry styles! @beerdbrewing @aeronautbrewing @proclamationale @fiddleheadbrewing @finbackbrewery @crftcollective Woohoooooo!! #finbackbrewery #proclamation #beerd #fiddlehead #aeronaut #vermontbeer #shelburnevermont #somerville #riverside #warwickri #madeinconnecticut #newenglandcraftbeer #tasting #raconteur #liquorstore #pouring #craftstagram #craftbeer #supportsmallbusiness #berniersliquors

       

 Add a comment as aeronautbrewing...