# Exhibit H





















