# Exhibit I

