UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TBD BREWING LLC (D/B/A AERONAUT BREWING CO.),<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN HOLMES and FERMENTATION ARTS BRASSERIE, LLC<br><br>    Defendants. | Case No.  1:20-cv-10072 |

## NOTICE OF APPEARANCE

Please enter the appearance of Alexander R. Zwillinger on behalf of the Plaintiff, TBD Brewing LLC (D/B/A Aeronaut Brewing Co.), in the above captioned case.

        TBD BREWING LLC (D/B/A AERONAUT BREWING CO.),

        By its attorneys,

        /s/Alexander R. Zwillinger
        Alexander R. Zwillinger, Esq. BBO# 687078
        KENNEY & SAMS, P.C.
        Reservoir Corporate Center
        144 Turnpike Road, Suite 350
        Southborough, Massachusetts 01772
Dated:  January 15, 2020        Tel.  508-490-8500

## **CERTIFICATE OF SERVICE**

      I, Alexander R. Zwillinger, hereby certify that on January 15, 2020, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants by first class mail.

                              */s/ Alexander R. Zwillinger*
                              Alexander R. Zwillinger