UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TBD BREWING LLC (D/B/A AERONAUT BREWING CO.), | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:20-cv-10072 |
| BENJAMIN HOLMES and FERMENTATION ARTS BRASSERIE, LLC | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Lindsay M. Burke on behalf of the Plaintiff, TBD Brewing LLC (D/B/A Aeronaut Brewing Co.), in the above captioned case.

              TBD BREWING LLC (D/B/A
              AERONAUT BREWING CO.),

              By its attorneys,

              /s/ Lindsay M. Burke_____
              Lindsay M. Burke, Esq. BBO# 674808
              KENNEY & SAMS, P.C.
              Reservoir Corporate Center
              144 Turnpike Road, Suite 350
              Southborough, Massachusetts 01772
Dated: January 16, 2020       Tel. 508-490-8500

**CERTIFICATE OF SERVICE**

   I, Lindsay M. Burke, hereby certify that on January 16, 2020, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants by first class mail.

            */s/ Lindsay M. Burke*
            Lindsay M. Burke