UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TBD BREWING LLC (D/B/A AERONAUT BREWING CO.),  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>BENJAMIN HOLMES and FERMENTATION ARTS BRASSERIE, LLC  )<br><br>Defendants.  ) | Case No. 1:20-cv-10072-WGY |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendants, Benjamin Holmes and Fermentation Arts Brasserie, LLC, in the above-captioned action.

Respectfully submitted by
Defendants' attorney,

_/s/ Adam Dash_

Adam Dash, Esq.  BBO#557239
Adam Dash & Associates
48 Grove Street, Suite 304
Somerville, MA 02144
(617) 625-7373
dash@adamdashlaw.com

## CERTIFICATE OF SERVICE

I, Adam Dash, attorney for Defendants Benjamin Holmes and Fermentation Arts Brasserie, LLC, hereby certify that the above document was served on Plaintiff's counsel by hand and via email on this January 16, 2020.

_____
Adam Dash, Esq.  BBO#557239
Adam Dash & Associates
48 Grove Street, Suite 304
Somerville, MA 02144
(617) 625-7373
dash@adamdashlaw.com