UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TBD BREWING LLC (D/B/A AERONAUT BREWING CO.), | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 20-cv-10072-WGY |
| BENJAMIN HOLMES and FERMENTATION ARTS BRASSERIE, LLC | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff TBD Brewing LLC, d/b/a Aeronaut Brewing Co. provides notice of dismissal of this action with prejudice.

    TBD BREWING LLC (D/B/A
    AERONAUT BREWING CO.),

    By its attorneys,

    */s/ Lindsay M. Burke*
    Michael P. Sams, Esq., BBO# 567812
    mpsams@kslegal.com
    Lindsay M. Burke, Esq., BBO# 674808
    lmburke@kslegal.com
    Alexander R. Zwillinger, Esq. BBO# 687078
    arzwillinger@kslegal.com
    KENNEY & SAMS, P.C.
    Reservoir Corporate Center
    144 Turnpike Road, Suite 350
    Southborough, Massachusetts 01772
Dated:  January 23, 2020    Tel.  508-490-8500

**CERTIFICATE OF SERVICE**

      I, Lindsay M. Burke, do hereby certify that on January 23, 2020, I electronically filed the foregoing with the Clerk of the United States District Court, District of Massachusetts and served same in the following manner upon the interested parties via the Court's CM/ECF system which, upon information and belief, sent notification of such filing to all attorneys of record.

Dated: January 23, 2020                  */s/ Lindsay M. Burke*
                                              Lindsay M. Burke, Esq.